UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL RAVICHER,<br><br>                Plaintiff,<br>  v.<br><br>CARL C. ICAHN,<br>                Defendant. | CASE NO. 1:13-cv-01666-LLS<br><br>ECF CASE |

SECOND DECLARATION OF DANIEL B. RAVICHER
IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
AGAINST DEFENDANT CARL C. ICAHN

I, Daniel B. Ravicher, pursuant to 28 U.S.C. 1746, declare as follows:

1. I am a member of the bar of this court and the named plaintiff in this case. I make this declaration based upon my own personal knowledge, information and belief. I offer this declaration in support of the foregoing motion for a preliminary injunction. I previously submitted another declaration in support of the same motion on June 19, 2013.

2. In my June 19, 2013, declaration I stated, "I currently own 50 put option contracts with an expiration date of November 16, 2013, that each give me the right to sell 100 shares of Herbalife at the price of $45.00." That statement is still true today.

3. I currently own 20 put option contracts with an expiration date of January 16, 2015, that each give me the right to sell 100 shares of Herbalife at the price of $45.00. I acquired these 20 put option contracts subsequent to my June 19, 2013, declaration.

4. In my June 19, 2013, declaration I stated, "I contemplate making further

investments in a short position in Herbalife." That statement is still true today.

I declare under penalty of perjury that the forgoing is true and correct.


Executed: September 9, 2013
       New York, New York

*[signature: Daniel B. Ravicher]*

_____
Daniel B. Ravicher